PROB 12B
(7/93)

Report Date:  November 21, 2007

# United States District Court

### for the

### Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Raul Cedano                    Case Number: 2:99CR00133-001

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 04/25/2000              Type of Supervision: Supervised Release

Original Offense: Attempted Possession With Intent     Date Supervision Commenced: 06/28/2007
to Deliver Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 120 Months; TSR - 60     Date Supervision Expires: 06/27/2012
Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as
      directed by the supervising probation officer, but no more than four tests per month, in order to confirm
      continued abstinence from these substances.

### CAUSE

Mr. Cedano is currently being supervised out of the Central District of California. The defendant has signed a waiver
of hearing, and is in agreement to modify special condition 16, in regards to substance abuse testing. Pursuant to
United States v. Stephens, the undersigned officer is requesting the above modification.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      11-21-07

Matthew L. Thompson
U.S. Probation Officer

Prob 12B
**Re:  Cedano, Raul**
**November 21, 2007**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

Signature of Judicial Officer

Nov 26 2007

Date