PROB 12B
(7/93)

Report Date: April 26, 2010

# United States District Court

for the

## Eastern District of Washington

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 27 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Raul Cedano                     Case Number: 2:99CR00133-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 04/25/2000            Type of Supervision: Supervised Release

Original Offense: Attempted Possession With Intent to Deliver Methamphetamine, 21 U.S.C. § 841(a)(1)          Date Supervision Commenced: 06/28/2007

Original Sentence: Prison - 120 Months; TSR - 60 Months          Date Supervision Expires: 06/27/2012

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall participate in and complete a 52-week domestic violence/batterer's treatment program as approved and directed by the Probation Officer and pay for all costs associated with the program.

## CAUSE

Mr. Cedano is currently being supervised in the Central District of California. The defendant has signed a waiver of hearing, and is in agreement to modify the conditions of his supervised release. The recommendation for the above condition is based on a pattern of ongoing domestic issues between the defendant and his spouse. These matters include law enforcement contact for domestic disturbances, and related issues that resulted in his wife staying in a women's shelter. Specific counseling to address this matter should work to reduce these incidents, and hopefully prevent them from escalating.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/26/2010

s/Matthew L. Thompson

Matthew L. Thompson
U.S. Probation Officer

Prob 12B
**Re: Cedano, Raul
April 26, 2010
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

April 27, 2010
Date